[No. 4317–II.   Division Two.   July 2, 1981.]

CRANE RENTALS, INC., *Appellant*, v. DORLIN
CONSTRUCTION, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 69111, John H. Kirkwood, J., entered
September 21, 1979. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 4436–II.   Division Two.   July 2, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
ROBERT ORTEGON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 10241, Robert D. McMullen, J., entered Octo-
ber 30, 1979. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Reed, C.J., and Petrich, J.

[No. 3660–0–III.   Division Three.   July 2, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE
NICHOL, *Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 5451, Charles W. Cone, J., entered
October 1, 1979. *Reversed* by unpublished opinion per
McInturff, C.J., concurred in by Munson and Roe, JJ.